

# Details for Mitchell Bend Cemetery
Historical Marker — Atlas Number 5221003421

Print all detailed data    Report an error with this data

## Record Data | Map

### Data

| | |
|---|---|
| Marker Number | 3421 |
| Atlas Number | 5221003421 |
| Marker Title | Mitchell Bend Cemetery |
| Index Entry | Mitchell Bend Cemetery |
| Address | Mitchell Bend Cemetery Rd. |
| City | Granbury |
| County | Hood |
| UTM Zone | 14 |
| UTM Easting | 723052 |
| UTM Northing | 3772756 |
| Subject Codes | cemetery |
| Marker Year | 1989 |
| Recorded Texas Historic Landmark | No |
| Marker Location | Mitchell Bend Cemetery. From Granbury, 5.5 mi. S on SH 144, 2 mi. E on FM 2425 (Mitchell Bend Hwy.), 3.5 mi. S on CR 313 (Mitchell Bend Ct.), 0.1 mi. W on Mitchell Bend Cemetery Rd. Marker reported damaged Aug. 2009. |
| Private Property | |
| Marker Condition | |
| Marker Size | 18" x 28" |
| Marker Text | The Mitchell Bend of the Brazos River and this area of Hood County are named for an early settler, Nelson Cooney Mitchell. He was convicted of a murder arising out of a feud with the Truett family in 1874 and was hanged one year later. Mitchell is buried in this cemetery, as are many other pioneer settlers and their descendants. The earliest marked grave is that of one-year-old James Earnest, who died in November 1872. According to local tradition, however, some of the unmarked graves may date to before the Civil War. (1989) |



1511 Colorado St.
Austin, TX, 78701

Texas Homeland Security
Texas Veterans Portal
Texas Records and Information Locator (TRAIL) Search
Texas.gov

Site Map
Policies
Archeological Log In

© 2025 Texas Historical Commission.