August 12, 2025

Hon. RON MASSINGILL
County Judge
Hood County Courthouse
100 East Pearl St
Granbury TX, 76048

RE: Application for the Incorporation of Mitchell Bend, Texas

Dear Judge Massingill,

Attached is an application for the incorporation of Mitchell Bend, Texas as a Type B general law municipality. The application consists of a petition of more than **50** qualified voters of the proposed city, a legal description of the proposed city, an application satisfying the legal requirements for requesting an election on the question of incorporation and a proposed order for your consideration.

Sincerely,

Daniel S. Lakey

Representative for Committee to Incorporate Mitchell Bend

THE STATE OF TEXAS  §
                    §
COUNTY OF HOOD      §

## APPLICATION FOR ELECTION ON THE INCORPORATION OF
## THE CITY OF MITCHELL BEND, TEXAS
as a Type B General-Law Municipality

TO THE HONORABLE RON MASSINGILL, COUNTY JUDGE OF HOOD COUNTY:

The undersigned residents of the unincorporated community of Mitchell Bend, Texas, citizens of Hood County, Texas, all residents of the area hereinafter described, and all qualified voters under §11.002 of the Texas Election Code, desire that Mitchell Bend City be incorporated into a Type-B municipality, and pray that an election be ordered on the question of the incorporation of the proposed City of Mitchell Bend, as provided in Chapter 8 of the Local Government Code and any other applicable Statues of the State of Texas.

Each of the undersigned is a person who has attained the age of eighteen (18) years and who has resided within the area to be incorporated for more than thirty (30) days next preceding the date of this application and is a qualified voter under the laws of this state.

Pursuant to Tex. Local Gov't Code §8.002, the undersigned constitute greater than 50 of the qualified voters of the proposed area for incorporation.

The boundaries and plat of the proposed City of Constitution City, when incorporated is attached to this Application and incorporated herein for all purposes and includes therein no territory except that which is intended to be used strictly for city purposes (See attached Exhibit B, Boundaries of Proposed City and Exhibit C, Legal

Description of Proposed City). Said territory to be incorporated contains approximately 1.97 square miles, therefore satisfying the territorial requirements of Tex. Local Gov't Code §5.901. The proposed city has, at this time, more than 201 inhabitants, thereby satisfying the population requirement of Tex. Local Gov't Code §7.001.

The name, by which the town will be known when incorporated, will be the City of Mitchell Bend, Texas.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned hereby apply for the incorporation of the City of Constitution City, Texas, this 12th day of August, 2025.

                Respectfully submitted,

                Daniel S. Lakey

                By: _____

                Representative of the Committee to Incorporate Constitution City

## Proposed Ballot Language for Constitution City Incorporation Election

PROPOSITION
Incorporation of the "City of Mitchell Bend" as a Type B, General Law Municipality.

(PROPOSICION)
(Incorporación de la "Ciudad de Mitchell Bend" como un Municipio de Ley General Tipo B)

For (A Favor)
Against (Contra)